ACCEPTED
05-14-01215-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/22/2015 3:45:23 PM
LISA MATZ
CLERK

NO. 05-14-01215-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/22/2015 3:45:23 PM
LISA MATZ
Clerk

PATRICK DAUGHERTY AND HIGHLAND EMPLOYEE RETENTION ASSETS LLC,
*Appellants/Cross-Appellees,*

*v.*

HIGHLAND CAPITAL MANAGEMENT, L.P.,
*Appellee/Cross-Appellant,*

*v.*

SIERRA VERDE, LLC; PATRICK BOYCE; WILLIAM L. BRITAIN; AND JAMES DONDERO,
*Appellees.*

On Appeal from the 68th Judicial District Court
of Dallas County, Texas
Cause No. 12-04005

**UNOPPOSED SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE
BRIEFS OF APPELLANTS PATRICK DAUGHERTY AND
HIGHLAND EMPLOYEE RETENTION ASSETS LLC**

John F. Guild
State Bar No. 24041022
jguild@ghjhlaw.com
GRUBER HURST JOHANSEN
HAIL SHANK
1445 Ross Ave., Ste. 2500
Dallas, Texas 75202
Telephone: 214-855-6800
Telecopier: 214-855-6808

*Counsel for Appellant/Cross-Appellee
Highland Employee Retention Assets LLC*

Charles T. Frazier, Jr.
State Bar No. 07403100
cfrazier@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206
Telephone: (214) 369-2358
Telecopier: (214) 369-2359

*Counsel for Appellant/
Cross-Appellee Patrick Daugherty*

TO THE HONORABLE COURT OF APPEALS:

Appellants/Cross-Appellees Patrick Daugherty ("Daugherty") and Highland Employee Retention Assets LLC ("HERA") (collectively, "Appellants") file this second joint motion for extension of time to file their briefs of appellant.

1. The present deadline for Appellants' opening briefs is April 29, 2015.

2. Appellants seek an extension of 21 days, until May 20, 2015, in which to file their briefs of appellant, and that the time period for the remaining briefs for all parties—as set out in the Court's March 3, 2015 Order—be likewise extended by 21 days.

3. This is Appellants' second request for an extension of time for these briefs.

4. This motion is unopposed.

5. Appellants request an extension because the undersigned counsel have a number of other matters that have interfered with their ability to prepare these briefs by the current due date, as follows:

GRUBER HURST JOHANSON HAIL SHANK

- preparation of appellant's brief in *Benjamin Thomas v. Graham Mortgage Corporation,* No. 15-50011; in the United States Court of Appeals for the Fifth Circuit;

- preparation of appellant's brief in *Breggett Rideau v. Keller Independent School District*; No. 15-10095; in the United States Court of Appeals for the Fifth Circuit;

- preparation of the reply in support of motion for summary judgment and replies in support of multiple motions to exclude expert testimony in *In re Mirant*, No. 4:06-cv-013-Y, in the United States District Court for the Northern District of Texas;

- preparation for and argue motion for summary judgment in *Latigo Petroleum, Inc. v. Nabors*, No 13,552, in the 84th District Court of Ochiltree County, Texas; and

- preparation for and participation in jury trial in *Michael J. Savattere v. Donna Savattere Younis*, Cause No. 13-10328; in the 162nd Judicial District Court of Dallas County, Texas.

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP

- preparation for oral argument in *Cox Operating, L.L.C. v. St. Paul Surplus Lines Ins. Co.*, No. 13-20529, in the United States Court of Appeals for the Fifth Circuit;

- preparation of settlement documents in *Eagle Oil & Gas Company, et al. v. Travelers Property Casualty Co. of Am.*, No. 15-10012, in the United States Court of Appeals for the Fifth Circuit; and

- preparation of the reply to response to petition for review in *USAA Texas Lloyds Co. v. Gail Menchaca*, No. 14-0721, in the Supreme Court of Texas;

- preparation of the brief of appellee in *Peter Payne, et al. v. Highland Homes Ltd.*, No. 02-14-00067-CV, in the Second Court of Appeals at Fort Worth;

- preparation of the brief of appellants in *James Morrison, et al. v. Lake Texoma Highport, LLC, et al.*, No. 14-41388, in the Fifth Circuit Court of Appeals.

6.     Additional time continues to be required to prepare the briefs because the appellate record is voluminous, consisting of 41 volumes of the Reporter's Record and 10 volumes of the Clerk's Record and Supplemental Clerk's Record, collectively.

7.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the briefs of appellant in a way that will assist the Court in reaching a decision.

For these reasons, Appellants/Cross-Appellees Patrick Daugherty and Highland Employee Retention Assets LLC respectfully request that (1) the deadline for filing their briefs of appellant be extended until Wednesday, May 20,

2015, and (2) that the time period for the remaining briefs for all parties—as set out in the Court's March 3, 2015 Order—be likewise extended by 21 days.

Respectfully submitted,

/s/ Charles T. Frazier, Jr.
Charles T. Frazier, Jr.
State Bar No. 07403100
cfrazier@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206-4026
Telephone: (214) 369-2358
Telecopier: (214) 369-2359

COUNSEL FOR APPELLANT/CROSS-
APPELLEE PATRICK DAUGHERTY

/s/ John F. Guild
John F. Guild
State Bar No. 24041022
jguild@ghjhlaw.com
GRUBER HURST JOHANSON HAIL SHANK
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214-855-6800
Telecopier: 214-855-6808

COUNSEL FOR APPELLANT/CROSS-
APPELLEE HIGHLAND EMPLOYEE
RETENTION ASSETS LLC

## CERTIFICATE OF CONFERENCE

On April 21, 2015, the undersigned conferred with Scott Brister, counsel for Highland Capital Management, L.P.; James Dondero; Sierra Verde, LLC; Patrick Boyce; and William L. Britain, who stated that he does not oppose the relief requested in this motion.

/s/ Charles T. Frazier, Jr.
Charles T. Frazier, Jr.

## CERTIFICATE OF SERVICE

On April 22, 2015, I electronically filed this Unopposed Second Joint Motion for Extension of Time to File Briefs of Appellants Patrick Daugherty and Highland Employee Retention Assets LLC with the Clerk of the Court using the electronic case filing system of the Court, which will send notification of such filing to all counsel of record listed below:

Scott A. Brister
ANDREWS KURTH, LLP
111 Congress Ave., Ste. 1700
Austin, Texas 78701
scottbrister@andrewskurth.com

Marc D. Katz
ANDREWS KURTH, LLP
1717 Main St., Suite 3700
Dallas, Texas 75201
marckatz@andrewskurth.com

John F. Guild
GRUBER HURST JOHANSON HAIL SHANK
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
jguild@ghjhlaw.com

/s/ Charles T. Frazier, Jr.
Charles T. Frazier, Jr.